Robert C. Ryan
Nevada Bar No. 7164
**HOLLAND & HART LLP**
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Phone: (775) 327-3042
Fax: (775) 786-6179
rcryan@hollandhart.com

Bryan L. Wright
Nevada Bar No. 10804
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
blwright@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONAGO INC., a Nevada corporation; NRGY JEAN CO. LLC, a Nevada limited liability company; JASON MARK GAON, an individual, DEENA GAON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CDF, INC., a California corporation, <br><br> Defendant. | Case No.:     2:12-cv-01254-GMN-PAL <br><br> **ORDER GRANTING PLAINTIFFS' AGREED MOTION TO DISMISS WITH PREJUDICE** |

     This matter has come before the Court on the Agreed Motion to Dismiss With Prejudice [Doc. 8] filed by Plaintiffs Tonago Inc. ("Tonago"), NRGY Jean Co. LLC ("NRGY"), Jason Mark Gaon, and Deena Gaon (collectively "Plaintiffs").  Having considered the status of the proceedings, the lack of any opposition to the Motion filed, pursuant to LR 7-2(d), FRCP 41(a), and *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994) (district court may, in its discretion, retain jurisdiction over matter and parties' compliance with the terms of settlement agreement), and for other good cause appearing:

     IT IS HEREBY ORDERED that Plaintiffs' Agreed Motion to Dismiss With Prejudice [Doc. 8] is GRANTED;

5711957

1

IT IS FURTHER ORDERED that this matter is hereby dismissed, with prejudice, in its entirety pursuant to the Settlement Agreement reached between the parties and attached as Exhibit 2 to the Agreed Motion to Dismiss With Prejudice [Doc. 8];

IT IS FURTHER ORDERED that Plaintiffs and Defendant CDF, Inc. ("CDF") shall bear their own attorneys' fees and costs;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the parties in this action for purposes of enforcing, if necessary, the terms of the parties' Settlement Agreement.

IT IS SO ORDERED.

DATED this 13th day of December, 2012.

_____
U.S. DISTRICT JUDGE GLORIA M. NAVARRO

Respectfully submitted by,[1]

**HOLLAND & HART LLP**

 /s/ Bryan L. Wright
Robert C. Ryan
Nevada Bar No. 7164
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511

Bryan L. Wright
Nevada Bar No. 10804
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs*

---

[1] Pursuant to LR 7-2(f), this proposed Order, prepared by counsel at the Court's request, was served on CDF and its counsel, Donald S. Greir, Esq., prior to submission to the Court.